# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

GLENN D. ODOM, II, )
)
          Plaintiff, )
vs. ) No. 2:11-cv-0066-JMS-DML
)
INDIANA D.O.C., RICH BROWN, )
 and OFC. G. LOPEZ, )
)
          Defendants. )

## Entry Concerning Selected Matters

### I.

The plaintiff's request to proceed *in forma pauperis* [3] is **granted**. The assessment of even a partial filing fee is not feasible at this time.

### II.

The complaint is now subject to the screening requirement of 28 U.S.C. § 1915A(b). This statute directs that the court dismiss a complaint or any claim within a complaint which "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." *Id.* If the complaint fails to contain viable claims, the action will be dismissed, whereas the case will proceed as to any claims which are found viable. The point of outlining these steps which must be taken in the future is to show that attempting to recruit counsel for the plaintiff at this point is unwarranted. The plaintiff's motion for appointment of counsel [2] is **denied as premature.**

### III.

The plaintiff's emergency motion for preliminary injunction [4] is **denied**. The plaintiff's motion seeks injunctive relief from J. Snider. However, J. Snider is not named as a defendant in this action and thus this action is not an appropriate avenue in which to pursue such relief.

**IT IS SO ORDERED.**

Date: 05/18/2011

                                                    Hon. Jane Magnus-Stinson, Judge
                                                    United States District Court
                                                    Southern District of Indiana

Distribution:

Glenn D. Odom II
148575
Wabash Valley Correctional Facility
6908 S. Old U.S. Highway 41
Carlisle, IN 47838